UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Defendant. | Case No. 16-cv-04517-MEJ (PR)<br><br>**ORDER OF DISMISSAL** |

This action was opened in error on August 10, 2016 when the Court received a letter labeled "my copy" from Plaintiff that was a near duplicate of a letter filed in a previously-filed action – Case No. C 16-4487 MEJ (PR).  Thus it appears the letter was intended to be filed in Case No. C 16-4487 MEJ (PR) or was intended to be file-endorsed and returned to him in Case No. C 16-4487 MEJ (PR).

Accordingly, the Clerk is directed to remove Plaintiff's letter from this action, to file it in his previously-filed action, Case No. C 16-4487 MEJ (PR), and to docket it as "Plaintiff's Letter," marked as filed on August 10, 2016, the date it was received by the Court.  The Clerk shall also send Plaintiff a file-endorsed copy of the letter.

The present action is DISMISSED because it was opened in error.  No filing fee is due.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 18, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge